# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSEPH RAMON PEREZ,
                Appellant,
        vs.
THE STATE OF NEVADA,
                Respondent.

No. 69575

**FILED**

FEB 1 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se appeal. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

Our review of this appeal reveals a jurisdictional defect. The notice of appeal states that appellant "appeals the Judgement of conviction entered ...on or about the 30 day of December, 2015." No order or final judgment was entered on December 30, 2015. To the extent appellant appeals from the judgment of conviction entered on October 9, 2015, the notice of appeal is untimely filed. NRAP 4(b); NRS 34.575(1); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

16-04736

cc: Hon. Valerie Adair, District Judge
Joseph Ramon Perez
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A